**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jotham Trucking, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2040437** |
| 4. | **Debtor's address** | **Principal place of business**<br>**3752 Tanoak Dr.**<br>**Holland, MI 49424**<br>Number, Street, City, State & ZIP Code<br>**Ottawa**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Jotham Trucking, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4842**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Jotham Trucking, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Jotham Trucking, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 28, 2026**
MM / DD / YYYY

***X*** **/s/ Zamir Karaoglan**
Signature of authorized representative of debtor

**Zamir Karaoglan**
Printed name

Title **Member**

**18. Signature of attorney**

***X*** **/s/ James R. Oppenhuizen**
Signature of attorney for debtor

Date **September 28, 2026**
MM / DD / YYYY

**James R. Oppenhuizen**
Printed name

**Oppenhuizen Law Firm, PLC**
Firm name

**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone **616-730-1861** Email address **joppenhuizen@oppenhuizenlaw.com**

**P68715 MI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jotham Trucking, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ENGS Commercial Finance Co<br>Attn: Bankruptcy<br>PO Box 128<br>Itasca, IL 60143-0128 | | 2024 Volvo Tractor Model No. VNL64T860 VIN Ending 625143 Unit No. 1776 | | $130,647.00 | $0.00 | $130,647.00 |
| ENGS Commercial Finance Co<br>Attn: Bankruptcy<br>PO Box 128<br>Itasca, IL 60143-0128 | | 2023 Volvo Tractor Model No. VIN Ending | | $48,000.00 | $30,000.00 | $18,000.00 |
| Small Business Administration<br>Office of District Counsel<br>515 Patrick V. McNamara Bldg<br>Detroit, MI 48226 | | EIDL - Amount below estimated | | | | $53,400.00 |
| Trailer XPress<br>Attn: Bankruptcy<br>290 92nd St. SW<br>Byron Center, MI 49315 | | | | | | $47,000.00 |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC 27402-6131 | | 2024 Volvo Tractor Model No. VNL64T860 VIN Ending 626045 Unit No. 1212 | | $130,000.00 | $75,000.00 | $55,000.00 |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC 27402-6131 | Natasha.Holding@volvo.com | 2024 Volvo Tractor Model VNL64T VIN Ending 661882 Unit Number 1515 Approximately 750,000 miles | | $120,000.00 | $75,000.00 | $45,000.00 |

Debtor **Jotham Trucking, LLC** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VFS US LLC<br>PO Box 26131<br>Greensboro, NC<br>27402-6131** | | **2022 Volvo<br>Tractor Model<br>VNL64T860<br>VIN ending 603588** | | **$48,000.00** | **$40,000.00** | **$8,000.00** |

# United States Bankruptcy Court
## Western District of Michigan

In re **Jotham Trucking, LLC** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 28, 2026**

**/s/ Zamir Karaoglan**
**Zamir Karaoglan**/**Member**
Signer/Title

BARBARA MULLER-WILSON
MULLER MULLER RICHMOND
HARMS & MYERS P.C.
979 SPAULDING AVE SE STE. B
GRAND RAPIDS MI 49546

BMO BANK N.A.
ATTN: BANKRUPTCY
PO BOX 71951
CHICAGO IL 60694

BMO BANK NA
ATTN: BANKRUPTCY
PO BOX 3040
CEDAR RAPIDS IA 52406

C01 TRUCKING, LLC
3752 TANOAK AVE.
HOLLAND MI 49424

CATHY KARAOGLAN
13215 BUCHANAN ST.
GRAND HAVEN MI 49417

ENGS COMMERCIAL FINANCE CO
ATTN: BANKRUPTCY
PO BOX 128
ITASCA IL 60143-0128

IPFS CORPORATION
ATTN: BANKRUPTCY
1055 BROADWAY BLVD.
11TH FLOOR
KANSAS CITY MO 64105

JASON Z. BRAINER, ESQ.
DICKINSON WRIGHT
2600 W. BIG BEAVER RD.
STE. 300
TROY MI 48084

MITSUBISHI HC CAPITAL AMERICA
ATTN: BANKRUPTCY
800CONNECTICUT AVENUE
NORWALK CT 06854

NEL FINANCIAL
ATTN: BANKRUPTCY
PO BOX 97
ADA MI 49301-0097

NEW EQUIPMENT LEASING

PAWNEE LEASING CORP.
ATTN: BANKRUPTCY
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS CO 80525

SMALL BUSINESS ADMINISTRATION
OFFICE OF DISTRICT COUNSEL
515 PATRICK V. MCNAMARA BLDG
DETROIT MI 48226

TODD BLANCHE
ATTORNEY GENERAL
950 PENNSYLVANIA AVE. NW
WASHINGTON DC 20530-0001

TRAILER XPRESS
ATTN: BANKRUPTCY
290 92ND ST. SW
BYRON CENTER MI 49315

UNITED STATES ATTORNEY
WESTERN DISTRICT OF MICHIGAN
PO BOX 208
GRAND RAPIDS MI 49501-0208

UNITED STATES SBA
ATTENTION BANKRUPTCY
409 3RD ST. SW
WASHINGTON DC 20416

VFS US LLC
PO BOX 26131
GREENSBORO NC 27402-6131

ZAMIR KARAOGLAN
3752 TANOAK AVE.
HOLLAND MI 49424

# United States Bankruptcy Court
## Western District of Michigan

In re **Jotham Trucking, LLC** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jotham Trucking, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Zamir Karaoglan**
**3752 Tanoak Ave.**
**Holland, MI 49424**

☐ None [*Check if applicable*]

**September 28, 2026**
Date

***/s/* James R. Oppenhuizen**
**James R. Oppenhuizen**
Signature of Attorney or Litigant
Counsel for **Jotham Trucking, LLC**

**Oppenhuizen Law Firm, PLC**
**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
**616-730-1861 Fax:616-226-9402**
**joppenhuizen@oppenhuizenlaw.com**